NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**INTERACTIVE GAMES LLC,**
*Appellant*

**v.**

**DRAFTKINGS INC., A DELAWARE CORPORATION,**
*Appellee*

---

2022-1517

---

Appeal from the United States Patent and Trademark Office, Patent Trial and Appeal Board in No. IPR2020-01110.

---

**JUDGMENT**

---

MICHAEL E. JOFFRE, Sterne Kessler Goldstein & Fox, PLLC, Washington, DC, argued for appellant. Also represented by KRISTINA CAGGIANO KELLY, RICHARD D. COLLER, III, WILLIAM MILLIKEN.

GEORGE HOPKINS GUY, III, Baker Botts LLP, Palo Alto, CA, argued for appellee. Also represented by JAMIE ROY LYNN, ANDREW DAVID WILSON, Washington, DC; CLARKE STAVINOHA, Dallas, TX.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (PROST, SCHALL, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 9, 2023
Date

/s/ Jarrett B. Perlow
Jarrett B. Perlow
Acting Clerk of Court